IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLUE KNOB AUTO SALES, INC., | ) | Case No. 3:18-cv-63 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE KNOB AUTO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On June 19, 2019, the Court entered an order stating that the above-captioned case will be dismissed without prejudice on July 3, 2019 under Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to make service on Defendant within 120 days of the filing of the complaint unless good cause is shown why such service was not made. As of July 11, 2019, Plaintiff has not filed proof of service or otherwise shown good cause why service has not been made.

AND NOW, this 11th day of July, 2019, **IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall mark the matter closed.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE